IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION
MARCH 2024 SESSION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No.** 5:24CR4 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| **WILLIAM KEVIN BLACKBURN,** | ) | In violation of: |
| | ) | 26 U.S.C. § 5861 |
| *Defendant* | ) | |

**COUNT ONE**
(Possession of Unregistered Firearm)

The Grand Jury charges:

1. On or about December 12, 2023, in the Western District of Virginia, the defendant, WILLIAM KEVIN BLACKBURN, knowingly possessed a firearm, to wit, one or more suppressors, which was not registered to him in the National Firearms Registration and Transfer Record.

2. In violation of Title 26, United States Code, Sections 5841, 5845(a)(2), 5861(d), and 5871.

**NOTICE OF FORFEITURE**

1. Upon conviction of the felony offense alleged in this Indictment, the defendant shall forfeit to the United States:

   a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

1

a. **Firearm**

1) Smith & Wesson, M&P Semi-Automatic Pistol, .22 Caliber SN: HIJ0910 with attached non-serialized suppressor
2) Savage Arms, MII, .22 Caliber SN: 2836183 with attached non-serialized suppressor
3) Palmetto, PA-15, Semi-Automatic Rifle, FN 5.7, SN: SCB165975 with attached non-serialized suppressor
4) Ruger, American, Semi-Automatic Rifle, .300 Blackout, SN: 690647780 with attached non-serialized suppressor
5) Palmetto, PA-15, Semi-Automatic Rifle, Multi, SN: SCD937506 with attached non-serialized suppressor

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 14th day of March 2024.

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

For CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

2